1   Robert A. Padway (Cal. Bar No. 48439)
    Deborah A. Goldfarb (Cal. Bar No. 241942)
2   BRYAN CAVE LLP
    Two Embarcadero Center, Suite 1410
3   San Francisco, CA  94111
    Telephone: (415) 675-3400
4   Facsimile: (415) 675-3434
    *robert.padway@bryancave.com*
5   *deborah.goldfarb@bryancave.com*

6   Attorneys for Defendants Bank of America,
    N.A. and "Countrywide Home Loans, Inc. nka
7   Bank of America, N.A."

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  STATE OF CALIFORNIA ex rel. BARRETT       Case No. 2:10-CV-01429-GEB-CMK
    R. BATES,
                                              **STIPULATION TO CONTINUE STATUS**
12              Plaintiff,                     **CONFERENCE AND DEADLINES SET**
                                              **FORTH IN ORDER SETTING STATUS**
13       v.                                    **(PRETRIAL SCHEDULING)**
                                              **CONFERENCE; [PROPOSED] ORDER**
14  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEM, INC. et al.,         Judge:      Hon. Garland E. Burrell, Jr.
15
                Defendants.
16

17          Qui tam Plaintiff Barrett R. Bates ("Plaintiff") and Defendants Bank of America, N.A.

18  ("BOA") and Countrywide Home Loans, Inc. nka Bank of America, N.A. ("Countrywide"),

19  Mortgage Electronic Registration Systems, Inc. ("MERS"), JPMorgan Chase Bank, N.A.

20  ("Chase"), CitiMortgage, Inc. ("CitiMortgage"), GMAC, LLC ("GMAC"), and Wells Fargo

21  Bank, N.A. ("Wells Fargo") (collectively, "Defendants") hereby stipulate to and respectfully

22  request that the Court (1) continue the status conference currently set for October 18, 2010, and

23  (2) continue the deadlines set forth in the Court's Order Setting Status (Pretrial Scheduling)

24  Conference filed on June 11, 2010 (Docket No. 4) (the "Order"), until after the Court renders its

25  decision on pending motions to dismiss filed by BOA and Countrywide, MERS, and Chase and

26  CitiMortgage.  As grounds for this Stipulation, the parties submit the following:

27          1.      On or about July 17, 2009, Plaintiff initiated this action by filing the complaint

28  under seal in state court in Lassen County, California.  Plaintiff subsequently filed a First

1    Amended Complaint on or about May 10, 2010, and the action was later removed to this Court.

2        2.    On June 11, 2010, the Court set a status (pretrial scheduling) conference for

3    October 18, 2010 at 9:00 a.m.  Order, at 1.

4        3.    The Order requires the parties to confer and develop a proposed discovery plan

5    pursuant to Federal Rule of Civil Procedure 26(f) by September 27, 2010 (at least twenty-one

6    days before the scheduling conference is held).  Order, at 2.

7        4.    The Order also requires the parties to file a Joint Status Report with the Court no

8    later than October 4, 2010 (fourteen days before the scheduling conference is held).  Order, at 2.

9        5.    On August 19, 2010, BOA and Countrywide (Docket No. 38), MERS (Docket No.

10   40), and Chase and CitiMortgage (Docket No. 42) respectively filed Motions to Dismiss the First

11   Amended Complaint..  Chase and CitiMortgage also concurrently joined in the BOA and

12   Countrywide Motion to Dismiss and MERS Motion to Dismiss.  Docket No. 42.  On that same

13   day, GMAC and Wells Fargo each filed a joinder to the BOA and Countrywide Motion to

14   Dismiss and MERS Motion to Dismiss (Docket Nos. 41 and 43).

15       6.    A hearing on the Motions to Dismiss is set for October 12, 2010 at 9:00 a.m.

16       7.    The Court's decision on the Motions to Dismiss may result in dismissal of

17   Plaintiff's claims in the First Amended Complaint.  Alternatively, even if the Motions are granted

18   in part, the Court's decision may limit the remaining claims in the case, and inform the parties as

19   to the key issues to be examined in discovery.  The parties therefore believe that a continuance of

20   the status conference and deadlines set forth in the Order, until the Court renders its decision on

21   the Motions to Dismiss, would conserve valuable judicial resources and prevent unnecessary

22   labor and expense for the parties in this action.

23       The parties therefore stipulate and respectfully jointly request that the Court (1) continue

24   the status conference currently set for October 18, 2010 at 9:00 a.m., and (2) continue the

25   deadlines for the parties to confer and develop a proposed discovery plan pursuant to Federal

26   Rule of Civil Procedure 26(f) and file the joint status report until after the Court rules on the

27   pending Motions to Dismiss.  The pretrial scheduling conference is continued to January 18,

28   2011, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

SF/21183.1

Dated: September 21, 2010

Respectfully submitted,

By: */s/ Robert R. Hager*
Robert R. Hager
Treva Jean Hearne
Hager & Hearne
245 E. Liberty Street
Suite 110
Reno, NV 89521
(775) 329-5800
Fax: (775) 329-5811
Email: rhager@hagerhearnelaw.com
Email: thearne@hagerhearnelaw.com

Mark Mausert
Law Offices of Mark Mausert
930 Evans Ave.
Reno, NV 89512
702-786-5477

Attorneys for Plaintiff

By: */s/Robert A. Padway*
Robert A. Padway (Cal. Bar No. 48439)
Deborah A. Goldfarb (Cal. Bar No. 241942)
BRYAN CAVE LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
*robert.padway@bryancave.com*
*deborah.goldfarb@bryancave.com*

Thomas M. Hefferon
Joseph F. Yenouskas
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
thefferon@goodwinprocter.com
jyenouskas@goodwinprocter.com

Attorneys for Defendants Bank of America, N.A. and "Countrywide Home Loans, Inc. nka Bank of America, N.A."

By: */s/Robert M. Brochin*
Robert M. Brochin (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP

SF/21183.1

5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
Tel: 305-415-3456
Fax: 305-415-3001
E-mail: rbrochin@morganlewis.com

John H. Hemann, State Bar No. 165823
Amy M. Spicer, State Bar No. 188399
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant Mortgage Electronic
Registration Systems, Inc.

By:      /s/ Karl Y. Olsen
Karl Y. Olsen, CA Bar No. 218948
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno NV 89501
Ph:775.323.1601
Fx: 775.348.7250
Em: karlolsen@oarsonsbehle.com

Attorneys for Defendant JPMorgan Chase
Bank, N.A.

By:      /s/ Elizabeth D. Mann
Elizabeth D. Mann, CA Bar No. 106524
Mayer Brown LLP
25th Floor
350 South Grand Avenue
Los Angeles CA 90071- 1503
Ph: 213.229.9500
Fx: 213.625.0248
Em : emann@mayerbrown.com

Lucia Nale
Thomas V. Panoff
7l South Wacker Drive
Chicago IL 60606
Ph:312.701.8821
Fx:312.706.8297

4                          Case No. 2:10-CV-01429-GEB-CMK

| | |
|---|---|
| 1 | Em: lnale@maverbrown.com |
| 2 | Em: tpanoff@maverbrown.com<br>(Admitted Pro Hac Vice) |
| 3 | Attorneys for Defendant CitiMortgage, Inc. |
| 4 | By: */s/ Jan T. Chilton* |
| 5 | Jan T. Chilton |
| 6 | Mary Kate Sullivan<br>Severson & Werson |
| 7 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| 8 | 415-398-3344-603<br>Fax: 415-956-0439 |
| 9 | Email: jtc@severson.com<br>Email: mks@severson.com |
| 10 | |
| 11 | Attorneys for GMAC, LLC |
| 12 | By: */s/ Robert A. Bailey* |
| 13 | Robert A. Bailey<br>Yaw-Jiun Gene Wu |
| 14 | Anglin Flewelling Rasmussen Campbell and<br>Trytten, LLP |
| 15 | 199 South Los Robles Avenue<br>Suite 600 |
| 16 | Pasadena, CA 91101<br>626-535-1900 |
| 17 | Fax: 626-577-7764 |
| 18 | Email: rbailey@afrct.com<br>Email: gwu@afrct.com |
| 19 | Attorneys for Wells Fargo Bank, N.A. |

**IT IS SO ORDERED.**

**9/24/10**

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation to Continue Status Conference & Deadlines Set Forth in Order Setting
(Pretrial Scheduling) Status Conference; [Proposed] Order

SF/21183.1