1   Robert A. Padway (Cal. Bar No. 48439)
    Deborah A. Goldfarb (Cal. Bar No. 241942)
2   BRYAN CAVE LLP
    Two Embarcadero Center, Suite 1410
3   San Francisco, CA  94111
    Telephone: (415) 675-3400
4   Facsimile: (415) 675-3434
    *robert.padway@bryancave.com*
5   *deborah.goldfarb@bryancave.com*

6   Attorneys for Defendants Bank of America,
    N.A. and "Countrywide Home Loans, Inc. nka
7   Bank of America, N.A."

8   (Additional counsel on signature pages)

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  STATE OF CALIFORNIA ex rel. BARRETT          Case No. 2:10-CV-01429-GEB-CMK
    R. BATES,
                                                 **STIPULATION TO CONTINUE STATUS**
13              Plaintiff,                       **CONFERENCE AND JOINT STATUS**
                                                 **REPORT; [PROPOSED] ORDER**
14          v.
                                                 Judge:      Hon. Garland E. Burrell, Jr.
15  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEM, INC. et al.,
16
                Defendants.
17

18          Qui tam Plaintiff Barrett R. Bates ("Plaintiff") and Defendants Bank of America, N.A.

19  ("BOA"), Countrywide Home Loans, Inc. nka Bank of America, N.A. ("Countrywide"),

20  Mortgage Electronic Registration Systems, Inc. ("MERS"), JPMorgan Chase Bank, N.A.

21  ("Chase"), CitiMortgage, Inc. ("CitiMortgage"), GMAC, LLC ("GMAC"), and Wells Fargo

22  Bank, N.A. ("Wells Fargo")(collectively, "Defendants")(Plaintiff and Defendants referred to as

23  the "Parties") hereby stipulate to and respectfully request that the Court continue the status

24  conference currently set for January 18, 2011 at 9:00 a.m. and a joint status report due January 4,

25  2011, until after the Court decides various pending motions to dismiss filed by Defendants and a

26  pending motion to amend filed by Plaintiff.  The Parties respectfully submit that good cause

27  exists for the requested relief, and in support state as follows:

28          1.      On or about July 17, 2009, Plaintiff initiated this action by filing a complaint under

                                                 1                    Case No. 2:10-CV-01429-GEB-CMK

1   seal in state court in Lassen County, California.  Plaintiff subsequently filed a First Amended

2   Complaint on or about May 10, 2010, and the action was later removed to this Court.

3           2.      On June 11, 2010, the Court set a status (pretrial scheduling) conference for

4   October 18, 2010 at 9:00 a.m.  Order Setting Status (Pretrial Scheduling) Conference (June 11,

5   2010), at pg. 1.  The Order required the parties to confer and develop a proposed discovery plan

6   pursuant to Federal Rule of Civil Procedure 26(f) at least twenty-one days before the scheduling

7   conference, and to file a Joint Status Report with the Court fourteen days before the scheduling

8   conference.  Id. at 2.

9           3.      On August 20, 2010, BOA and Countrywide, MERS, Chase and CitiMortgage

10   filed motions to dismiss the First Amended Complaint ("Motions to Dismiss").  Dkt. Nos. 38, 40,

11   42.  GMAC and Wells Fargo joined in the motions filed by BOA, Countrywide and MERS.  Dkt.

12   Nos. 41 & 43.

13           4.      On September 21, 2010, the Parties submitted a Stipulation requesting that the

14   Court continue the October 18th status conference, as well as the deadlines to confer under Rule

15   26(f) and file a joint status report, until after its ruling on pending Motions to Dismiss.

16   "Stipulation to Continue Status Conference and Deadlines Set Forth in Order Setting Status

17   (Pretrial Scheduling) Conference" (Sept. 21, 2010)(Dkt. No. 47).

18           5.      On September 24, 2010, the Court approved the parties' Stipulation.  It set the

19   status conference for January 18, 2011, at 9:00 a.m., and directed the filing of a joint status report

20   fourteen days before the conference.  Order (Sept. 24, 2010)(Dkt. No. 50) at pg. 2.

21           6.      The Defendants' Motions to Dismiss remain pending as of this date.  In addition,

22   on October 12, 2010, Plaintiff filed a motion seeking leave to file an amended complaint

23   ("Motion to Amend").  Dkt. No. 68.  The Motion to Amend also remains pending.

24           7.      In these circumstances, the Parties agree that an additional continuance of the

25   scheduling conference and the joint status report is warranted.  The Motions to Dismiss and the

26   Motion to Amend have not yet been decided.  The Court's decision on the Motions to Dismiss

27   may result in dismissal of Plaintiff's claims in the First Amended Complaint.  Alternatively, even

28   if the Motions to Dismiss are granted in part, the Court's decision may limit the remaining claims

1  in the case, and inform the parties as to the key issues to be examined in discovery.

2      8.    Likewise, the Court's decision on the Motion to Amend will determine whether

3  Plaintiff may file a Second Amended Complaint.  If allowed, a Second Amended Complaint

4  could add new issues to the litigation.

5      9.    The Parties therefore believe that a continuance of the status conference and joint

6  status report, until the Court rules on the Motions to Dismiss and the Motion to Amend, would

7  conserve valuable judicial resources and prevent unnecessary labor and expense for the Parties in

8  this action.

9      10.    The Parties therefore respectfully jointly request that the Court (1) continue the

10  status conference currently set for January 18, 2011 at 9:00 a.m.; and (2) continue the deadlines

11  for the parties to confer and develop a proposed discovery plan pursuant to Federal Rule of Civil

12  Procedure 26(f) and file the joint status report, until after the Court rules on the pending Motions

13  to Dismiss and Motion to Amend.

14

15  Dated: January 3, 2011                    Respectfully submitted,

16                                            By:    /s/ Treva J. Hearne
                                              Robert R. Hager
17                                            Treva Jean Hearne
                                              Hager & Hearne
18                                            245 E. Liberty Street
                                              Suite 110
19                                            Reno, NV 89521
                                              (775) 329-5800
20                                            Fax: (775) 329-5811
                                              Email: rhager@hagerhearnelaw.com
21                                            Email: thearne@hagerhearnelaw.com

22                                            Mark Mausert
                                              Law Offices of Mark Mausert
23                                            930 Evans Ave.
                                              Reno, NV 89512
24                                            702-786-5477

25                                            Attorneys for Plaintiff

26

27

28

1

2          By: ___/s/ Robert A. Padway_____
            Robert A. Padway (Cal. Bar No. 48439)
3          Deborah A. Goldfarb (Cal. Bar No.  241942)
            BRYAN CAVE LLP
4          Two Embarcadero Center, Suite 1410
            San Francisco, CA  94111
5          Telephone: (415) 675-3400
            Facsimile: (415) 675-3434
6          *robert.padway@bryancave.com*
            *deborah.goldfarb@bryancave.com*

7

8          Thomas M. Hefferon
            Joseph F. Yenouskas
9          GOODWIN PROCTER LLP
            901 New York Avenue, NW
10         Washington, DC  20001
            Telephone:  (202) 346-4000
11         Facsimile:  (202) 346-4444
            thefferon@goodwinprocter.com
12         jyenouskas@goodwinprocter.com

13
            Attorneys for Defendants Bank of America,
14         N.A. and "Countrywide Home Loans, Inc. nka
            Bank of America, N.A."

15

16         By: ___/s/ Robert M. Brochin_____
            Robert M. Brochin (admitted *pro hac vice*)
17         Morgan, Lewis & Bockius LLP
            5300 Wachovia Financial Center
18         200 South Biscayne Boulevard
            Miami, FL 33131-2339
19         Tel: 305-415-3456
            Fax: 305-415-3001
20         E-mail: rbrochin@morganlewis.com

21
            John H. Hemann, State Bar No. 165823
22         Amy M. Spicer, State Bar No. 188399
            Morgan, Lewis & Bockius LLP
23         One Market, Spear Street Tower
            San Francisco, CA 94105-1126
24         Tel: 415.442.1000
            Fax: 415.442.1001
25         E-mail: jhemann@morganlewis.com
            aspicer@morganlewis.com
26

27
            Attorneys for Defendant Mortgage Electronic
28         Registration Systems, Inc.

                                        4          Case No. 2:10-CV-01429-GEB-CMK

1

2

3          By:    /s/ Karl Y. Olsen
4          Karl Y. Olsen, CA Bar No. 218948
           Parsons Behle & Latimer
5          50 West Liberty Street, Suite 750
           Reno NV 89501
6          Ph:775.323.1601
           Fx: 775.348.7250
7          Em: karlolsen@oarsonsbehle.com

8
           Danielle Szukala, *pro hac vice* admission
9          Burke, Warren, MacKay & Serritella, P.C.
           330 N. Wabash, 22nd Floor
10         Chicago, IL 60611
           Ph: 312.840.7070
11         Fx: 312.840.7900
           Em: dszukala@burkelaw.com
12
13         Attorneys for Defendant JPMorgan Chase
           Bank, N.A.
14

15

16         By:    /s/ Elizabeth D. Mann
17         Elizabeth D. Mann, CA Bar No. 106524
           Mayer Brown LLP
18         25th Floor
           350 South Grand Avenue
19         Los Angeles CA 90071- 1503
           Ph: 213.229.9500
20         Fx: 213.625.0248
           Em : emann@mayerbrown.com
21
22         Lucia Nale
           Thomas V. Panoff
23         7l South Wacker Drive
           Chicago IL 60606
24         Ph:312.701.8821
           Fx:312.706.8297
25         Em: lnale@maverbrown.com
           Em: tpanoff@maverbrown.com
26         (Admitted Pro Hac Vice)
27
28         Attorneys for Defendant CitiMortgage, Inc.

STIPULATION TO CONTINUE STATUS CONFERENCE AND JOINT STATUS REPORT; [PROPOSED] ORDER
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Bates  Joint Stipulation 2011.01.03_v1.DOC

1

2

3      By:  ___/s/ Jan. T. Chilton_____
       Jan T. Chilton

4      Mary Kate Sullivan
       Severson & Werson

5      One Embarcadero Center, Suite 2600
       San Francisco, CA 94111

6      415-398-3344-603
       Fax: 415-956-0439

7      Email: jtc@severson.com

8      Email: mks@severson.com

9      Attorneys for GMAC, LLC

10

11     By:  ___/s/ Robert A. Bailey_____
       Robert A. Bailey

12     Yaw-Jiun Gene Wu
       Anglin Flewelling Rasmussen Campbell and

13     Trytten, LLP
       199 South Los Robles Avenue

14     Suite 600
       Pasadena, CA 91101

15     626-535-1900
       Fax: 626-577-7764

16     Email: rbailey@afrct.com

17     Email: gwu@afrct.com

18     Attorneys for Wells Fargo Bank, N.A.

19

20     The pretrial scheduling conference, currently set for January 18, 2011, is rescheduled for April

21     11,  2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

22

23     **IT IS SO ORDERED.**

24     **1/3/11**

25     GARLAND E. BURRELL, JR.
       United States District Judge

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE AND JOINT STATUS REPORT; [PROPOSED] ORDER
G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\Bates  Joint Stipulation 2011.01.03_v1.DOC